NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Appellee,*

v.

BILLY BART SAIN, *Appellant.*

No. 1 CA-CR 18-0542
FILED 5-30-2019

Appeal from the Superior Court in Maricopa County
No. CR2017-109585-001
The Honorable Danielle J. Viola, Judge

**AFFIRMED**

COUNSEL

Arizona Attorney General's Office, Phoenix
By Joseph T. Maziarz
*Counsel for Appellee*

KBunited, LLC, Phoenix
By Kerrie M. Droban
*Counsel for Appellant*

_____

**MEMORANDUM DECISION**

Presiding Judge David D. Weinzweig delivered the decision of the Court, in which Judge Kent E. Cattani and Judge James P. Beene joined.

_____

**W E I N Z W E I G**, Judge:

¶1        Billy Bart Sain appeals his convictions and sentences for theft of means of transportation and possession of burglary tools. After searching the record and finding no arguable, non-frivolous question of law, Sain's counsel filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *State v. Leon*, 104 Ariz. 297 (1969), asking this court to search the record for fundamental error. Sain had the opportunity to file a supplemental brief but did not. We affirm Sain's convictions and sentences after reviewing the record.

## FACTS AND PROCEDURAL BACKGROUND

¶2        Two police officers spotted a stolen white Dodge pickup truck parked in front of a trailer in February 2017. They surveilled the trailer and called for backup. Police directed the trailer's occupants to exit. Seven people exited, including Sain, and police detained them. The owner of the trailer consented to a search of his home, where police found a jiggle key that started the Dodge pickup truck. Police also searched the truck. They noticed the lock on the driver's side door was damaged, and they found pawn slips, an insurance statement, vehicle registration and other paperwork with Sain's name on it. They also found that Sain's personal license plate was affixed to the stolen truck. Police then arrested Sain.

¶3        The State charged Sain with theft of means of transportation (count 1), trafficking in stolen property (count 2) and possession of burglary tools (count 3). The court held a three-day jury trial in May and June 2018. The court admitted several exhibits, and the jury heard testimony from the victim, three police officers, a detective, a pawn shop manager and Sain. Sain stipulated and admitted that he had three prior felony convictions. At the close of evidence, the jury found Sain guilty of counts 1 and 3 but acquitted him of count 2. The court then sentenced Sain as a category 3 repetitive offender to presumptive, concurrent prison terms of 11.25 years on count 1 and 3.75 years on count 3. Sain timely appealed.

## DISCUSSION

**¶4** We have read and considered counsel's brief and have reviewed the record for reversible error. *See Leon*, 104 Ariz. at 300. We find none.

**¶5** Sain was present and represented by counsel at all stages of the proceedings against him. The record reflects that the superior court afforded Sain all his constitutional and statutory rights, and that the proceedings were conducted in accordance with the Arizona Rules of Criminal Procedure. The court conducted appropriate pretrial hearings, and the evidence presented at trial and summarized above was sufficient to support the jury's verdicts. Sain's sentences fall within the range prescribed by law, with sufficient credit given for presentence incarceration.

## CONCLUSION

**¶6** Sain's convictions and sentences are affirmed. Counsel's obligations in this appeal will end once Sain is informed of the outcome and his future options, unless counsel finds an issue appropriate for submission to the Arizona Supreme Court by petition for review. *See State v. Shattuck*, 140 Ariz. 582, 584-85 (1984). On the court's own motion, Sain has 30 days from the date of this decision to proceed with a pro se motion for reconsideration or petition for review.



AMY M. WOOD • Clerk of the Court
FILED: AA